*Williams,* —— Pa. ——, 733 A.2d 593 (1999).

COMMONWEALTH of Pennsylvania, Appellant

v.

Michael HURD, Appellee.

Commonwealth of Pennsylvania, Appellee

v.

Michael Hurd, Appellant.

Supreme Court of Pennsylvania.

Argued Sept. 16, 1998.

Decided July 21, 1999.

Philip Levine, Waynesboro, for Michael Hurd.

Michael A. George, Dist. Atty., for the Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams,* —— Pa. ——, 733 A.2d 593 (1999), we affirm the Order of the Adams County Court of Common Pleas dated April 17, 1998. Furthermore, we remand the matter to the Superior Court for disposition of any remaining issues.

Jurisdiction is relinquished.

Justice CASTILLE files a Dissenting Statement.

CASTILLE, Justice, dissenting.

I dissent for the reasons expressed in my dissenting opinion in *Commonwealth v. Williams,* —— Pa. ——, 733 A.2d 593 (1999).